IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ERNEST TREVINO,

        Defendant.
_____/

CR. NO. S-89-0150 EJG

ORDER DENYING REQUEST FOR RECONSIDERATION

    Defendant, a federal prisoner proceeding pro se, has filed a document entitled "Motion for Reconsideration of Order Denying Motion for Reduction of Sentence" in which he requests reconsideration of the court's April 15, 2005 order denying his motion to reduce his sentence. Motions for reconsideration require the recitation of new or different facts, a change in applicable law or manifest injustice. Defendant has provided none of the above in support of his motion. Instead, he revisits the arguments made in connection with his original motion, which arguments the court considered and rejected in its April 15th order. Accordingly, defendant's motion for reconsideration is DENIED.

    IT IS SO ORDERED.

Dated: May 9, 2005

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT